1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SHEA LITA BOND, SBN D.C. 469103
4  Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8934
        Facsimile:  (415) 744-0134
7       E-Mail: Shea.Bond@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        **SACRAMENTO DIVISION**

12 ERICA M. EDMOND,              )
                                 )    CIVIL NO. 2:07-CV-01660-EFB
13         Plaintiff,            )
                                 )
14         v.                    )    STIPULATION AND ORDER
                                 )
15 MICHAEL J. ASTRUE,            )
   Commissioner of               )
16 Social Security,              )
                                 )
17         Defendant.            )
                                 )
18 _____  )

19     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the
20 attached Order, that Defendant shall have a FIRST extension of time of 7 days to answer or otherwise
21 respond to Plaintiff's complaint.  This extension is necessary because the attorney originally assigned to
22 the case is out on extended medical leave, requiring reassignment of the case to another Special
23 Assistant United States Attorney.  The current due date was January 15, 2008.  The new due date will be
24 January 25, 2008.
25     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
26 ///
27 ///
28

Respectfully submitted,

Dated: January 25, 2008   /s/ *Ann M. Cerney*
(As authorized via telephone)
ANN M. CERNEY
Attorney for Plaintiff

Dated: January 25, 2008   McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Shea Lita Bond*
SHEA LITA BOND
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: January 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE