1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8     **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                  —o0o—

10 ERICA M. EDMOND,                    CASE NO. 2:07-CV-01660-EFB

11              Plaintiff,             **ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

12 vs.

13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested first

17 extension of Plaintiff's time to file her motion for summary judgment, the request is hereby

18 APPROVED.

19     Plaintiff shall file her motion for summary judgment on or before March 25, 2008.

20     SO ORDERED.

21 DATED: March 13, 2008.

22                              _____
                                EDMUND F. BRENNAN
23                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28